UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS JR,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>WASHINGTON STATE SUPREME COURT,<br><br>　　　　　　Respondent. | Case No. 3:22-cv-5342-JHC-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the report and recommendation, the petition for writ of federal *habeas corpus* relief, objections to the report and recommendation, and the remaining record, hereby finds and ORDERS:

(1)　the Magistrate Judge's report and recommendation is approved and adopted;

(2)　petitioner's application to proceed in forma pauperis (Dkt. 1) is DENIED and the federal *habeas corpus* petition is DISMISSED without prejudice; and

(3)　the Clerk shall enter judgment and close this case and send copies of this order to the plaintiff and the Magistrate Judge.

Dated this 24th day of June, 2022.

　　　　　　　　　　　　　　　　　　　　　　　*John H. Chun*
　　　　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING
REPORT AND
RECOMMENDATION - 1